

# NUMBER 13-22-00316-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF K.R., A CHILD

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

# ORDER

**Before Justices Benavides, Hinojosa, and Silva
Order Per Curiam**

This is an appeal of a final order in a parental termination and child protection case. Appellant B.F. has filed a first motion for extension of time to file a brief. Appellant's brief was due on August 15, 2022. Appellant has requested a twenty-day extension to file a brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, it is the policy of this Court to limit extensions of time to file a brief in such cases to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

This Court, having fully examined and considered appellant's motion is of the opinion that, in the interest of justice, appellant's first motion for extension of time to file a brief should be granted in part and denied in part by order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination and child protection cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

We grant in part and deny in part appellant's first motion for extension of time insofar as the Court will extend appellant's deadline to file the brief for ten (10) days. We ORDER appellant's brief to be filed on or before Thursday, August 25, 2022. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
19th day of August, 2022.

2